UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON DIVISION

-------------------------------------------------------------------------x

Brenda Winter,

individually and on behalf of all others similarly situated,
Plaintiff,

       Civil Action No:
       3:22-cv-1893

    -v.-

Debtsy, Inc.,

Crown Asset Management, LLC,

          Defendants.

-------------------------------------------------------------------------x

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as to Plaintiff and the Defendants in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** October 23, 2023

| For Plaintiff Brenda Winter | For Defendant Debtsy, Inc. and Crown Asset Management, LLC |
|---|---|
| */s/ Yaakov Saks* | */s/ Alyssa A. Johnson* |
| Yaakov Saks | Alyssa A. Johnson |
| Stein Saks, PLLC | Barron & Newburger, PC |
| One University Plaza | 333 West Brown deer Rd unit G-365 |
| Hackensack, NJ 07601 | Milwaukee, WI 53217 |
| Ph: (201) 282-6500 | Ph: (262) 272-1820 |
| ysaks@steinsakslegal.com | ajohnson@bn-lawyers.com |

1

|  |  |
|--|--|
|  |  |

## CERTIFICATE OF SERVICE

I certify that on October 23, 2023, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Yaakov Saks
Yaakov Saks
**Stein Saks, PLLC**
One University Plaza
Hackensack, NJ 07601
*Attorneys for Plaintiff*