# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRENDA WINTER, Individually and on Behalf of All Others,<br><br>Plaintiffs,<br><br>v.<br><br>DEBTSY, INC., and CROWN ASSET MANAGEMENT, LLC,<br><br>Defendants. | Case No. 22-cv-1893-SPM |

## JUDGMENT IN A CIVIL CASE

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Joint Stipulation of Dismissal filed on October 23, 2023 (Doc. 27), that this action is dismissed with prejudice and without costs to any party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Accordingly, the Clerk of Court is **DIRECTED** to close this case.

**IT IS SO ORDERED**.

**DATED: October 24, 2023**

                                             MONICA A. STUMP,
                                             Clerk of Court

                                             By: *s/Jackie Muckensturm*
                                                  Deputy Clerk

APPROVED: *s/Stephen P. McGlynn*
                    STEPHEN P. MCGLYNN
                    U.S. District Judge